| AO 10 Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Henderson, Thelton E. | 2. Court or Organization United States District Court Northern District of California | 3. Date of Report 10/19/2017 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
|---|---|---|

**7. Chambers or Office Address**

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Stiles Hall, Berkeley, CA |
| 2. | Director | Edward J McFetridge American Inn of Court, San Francisco, CA |
| 3. | Director | Historical Society of Northern California, San Francisco, CA |
| 4. | Director | First Voice, San Francisco, CA |
| 5. | Director | Thelton E. Henderson Center for Social Justice, Berkeley, CA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | State of California - salary |
| 2. | 2016 | San Jose State University Foundation - salary |
| 3. | 2016 | The Tower Foundation of San Jose State University - salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Provident Credit Union Cash Account | A | Interest | L | T | | | | | |
| 2. Trust #1 (H) | | | | | | | | | |
| 3. -Securities America Cash Account | A | Interest | K | T | | | | | |
| 4. -Vanguard Bd Index Fd Inc Intermediate Term Bd ETF | A | Dividend | J | T | | | | | |
| 5. -Vanguard Bd Index Fd Inc Long Term Bd ETF | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 6. -Vanguard Bd Index Fd Inc Short Term Bd ETF | A | Dividend | K | T | Sold (part) | 02/23/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 8. -Vanguard Charlotte Total Intl Bd Index Fd ETF | A | Dividend | K | T | | | | | |
| 9. -Vanguard FTSE Developed Market ETF | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 10. -Vanguard Index Fds Formerly Vanguard Index Tr to 5/24/01 S&P 500 ETF | A | Dividend | K | T | Sold (part) | 08/25/16 | J | A | |
| 11. | | | | | Sold (part) | 12/19/16 | J | A | |
| 12. -Vanguard Index Tr Vanguard Extended Market Vipers | A | Dividend | J | T | | | | | |
| 13. -Vanguard Intl Equity Index Fund Inc FTSE Emerging Markets ETF (form- | A | Dividend | J | T | Sold (part) | 01/12/16 | J | | |
| 14. -erly VANGUARD INTL EQUITY INDEX FDS FTSE ALL WORLD) | | | | | Buy (add'l) | 01/12/16 | J | | |
| 15. -Vanguard Scottsdale Fds Vanguard Mtg-Backed Secs Idx Fd ETF | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 16. -City Nat'l Rochdale Emerging Mrkts N | | None | | | Sold | 03/17/16 | J | | |
| 17. -Fidelity NASDAQ Composite Index | A | Dividend | K | T | Sold (part) | 12/15/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Meeder Balanced Fund | A | Dividend | | | Sold | 04/08/16 | J | | |
| 19. -Meeder Dynamic Growth | A | Dividend | | | Sold | 04/08/16 | J | | |
| 20. -Meeder Muirfield | A | Dividend | | | Sold | 04/08/16 | J | | |
| 21. -Meeder Quantex Fund | A | Dividend | | | Sold | 04/08/16 | J | | |
| 22. -Meeder Spectrum Fund | | None | | | Sold | 04/08/16 | J | | |
| 23. -Miller/Howard Infra Structure Retail | A | Dividend | | | Sold | 04/08/16 | J | | |
| 24. -Fidelity Internatl Index Premium Class (formerly Spartan Intl Index) | A | Dividend | J | T | | | | | |
| 25. -Fidelity Real Estate Index Premium Cl (formerly Spartan Real Estate) | A | Dividend | J | T | | | | | |
| 26. -Fid Small Cap Index Premium Class (formerly Spartan Small Cap Index) | A | Dividend | J | T | | | | | |
| 27. -Fidelity 500 Index Premium Class (formerly Spartan 500 Index Fd Adv) | A | Dividend | K | T | Sold (part) | 12/15/16 | J | A | |
| 28. -Fidelity Total Mkt Index Premium (formerly Sprtn Total Mkt Indx Fid) | A | Dividend | K | T | | | | | |
| 29. -Meeder Total Return Bond | A | Dividend | | | Sold | 04/08/16 | J | | |
| 30. -Pimco Income Fund Cl D | C | Dividend | K | T | Sold (part) | 12/15/16 | K | | |
| 31. -Fidelity US Bond Index Premium Class (formerly Spartan US Bond Indx) | B | Dividend | K | T | Sold (part) | 12/15/16 | L | | |
| 32. -Meeder Dividend Opportunities Fund | A | Dividend | | | Sold | 11/04/16 | J | | |
| 33. -Fidelity Select Health Care | A | Dividend | | | Sold | 10/04/16 | J | | |
| 34. -Pimco Stocksplus Internatl (US$HDG) A | | None | | | Sold | 03/21/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Eventide Gilead Fund Class N | | None | | | Sold | 03/17/16 | J | | |
| 36. -Fidelity Contrafund | A | Dividend | | | Sold | 11/04/16 | J | | |
| 37. -Alger Spectra Fund Class I | | None | | | Sold | 11/08/16 | J | | |
| 38. -Icon Equity Income Fund Class S | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 39. -Icon Utilities Fund Class S | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 40. -Locorr Long Short Equity Fund Cl A | | None | J | T | Buy | 12/15/16 | J | | |
| 41. -Navigator Tactical Fixed Income Cl A | A | Dividend | K | T | Buy | 12/15/16 | K | | |
| 42. -Columbia Lmtd Duration Credit Cl A | | None | K | T | Buy | 12/19/16 | K | | |
| 43. -Icon Bond Fund Cl S | A | Dividend | K | T | Buy | 04/08/16 | K | | |
| 44. -Loomis Sayles Bond Retail Shares | A | Dividend | K | T | Buy | 12/15/16 | K | | |
| 45. -Blackrock Interntl Index Fd Cl A | A | Distribution | | | Buy | 03/17/16 | J | | |
| 46. | | | | | Sold | 11/04/16 | J | A | |
| 47. -Dow Jones Wilshire 5000 Index Port Invt | A | Dividend | | | Buy | 03/17/16 | J | | |
| 48. | | | | | Sold | 11/04/16 | J | A | |
| 49. -Thompson Bond Fund | A | Dividend | K | T | Buy | 12/19/16 | K | | |
| 50. IRA #1 (H) | | | | | | | | | |
| 51. -Securities America Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -City Nat'l Rochdale Emerging Mrkts N | | None | | | Sold | 03/17/16 | J | | |
| 53. -Fidelity U.S. Bond Index Premium Class<br>(formerly Spartan US Bond Ind) | A | Dividend | J | T | Sold<br>(part) | 01/15/16 | J | | |
| 54. | | | | | Sold<br>(part) | 12/15/16 | K | | |
| 55. -Fidelity 500 Index Premium Class<br>(formerly Spartan 500 Index Fd Adv) | A | Dividend | J | T | | | | | |
| 56. -Fidelity Total Mkt Index Premium Cl<br>(formerly Sprtn Total Mkt Indx) | A | Dividend | J | T | | | | | |
| 57. -Fidelity Internatl Index Premium Class<br>(formerly Spartan Intl Index) | A | Dividend | J | T | | | | | |
| 58. -Fidelity NASDAQ Composite Index | A | Dividend | J | T | | | | | |
| 59. -Fid Small Cap Index Premium Class<br>(formerly Spartan Small Cap Index) | A | Dividend | J | T | | | | | |
| 60. -Fidelity Real Estate Index Premium Cl<br>(formerly Spartan Real Estate) | A | Dividend | J | T | | | | | |
| 61. -Meeder Muirfield | A | Dividend | | | Sold | 04/08/16 | J | | |
| 62. -Meeder Total Return Bond | A | Dividend | | | Sold | 04/08/16 | J | | |
| 63. -Meeder Balanced Fund | A | Dividend | | | Sold | 04/08/16 | J | | |
| 64. -Pimco Income Fund Cl D | B | Dividend | J | T | Sold<br>(part) | 01/05/16 | J | | |
| 65. | | | | | Sold<br>(part) | 12/15/16 | J | | |
| 66. -Vanguard Bd Index Fd Inc Long Term Bd<br>ETF | A | Dividend | J | T | | | | | |
| 67. -Vanguard Bd Index Fd Inc Intermediate<br>Term Bd ETF | A | Dividend | J | T | | | | | |
| 68. -Vanguard Bd Index Fd Inc Short Term Bd<br>ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard FTSE Developed Market ETF | A | Dividend | J | T | | | | | |
| 70. -Vanguard Charlotte Total Intl Bd Index Fd ETF | A | Dividend | J | T | | | | | |
| 71. -Vanguard Scottsdale Fds Vanguard Mtg-Backed Secs Idx Fd ETF | A | Dividend | J | T | | | | | |
| 72. -Vanguard Index Fds Formerly Vanguard Index Tr to 05/24/01 S&P 500 ETF | A | Dividend | J | T | | | | | |
| 73. -Vanguard Index Tr Vanguard Extended Market Vipers | A | Dividend | J | T | | | | | |
| 74. -Meeder Dividend Opportunities Fund | A | Dividend | | | Sold | 04/08/16 | J | | |
| 75. -Fidelity Select Health Care | A | Dividend | | | Sold | 11/04/16 | J | | |
| 76. -Pimco Stockplus Internatl (US$HDG) A | | None | | | Sold | 03/17/16 | J | | |
| 77. -Eventide Gilead Fund Class N | | None | | | Sold | 03/17/16 | J | | |
| 78. -Fidelity Contrafund | A | Dividend | | | Sold | 11/04/16 | J | | |
| 79. -Alger Spectra Fund Class I | | None | | | Sold | 11/08/16 | J | | |
| 80. -Meeder Spectrum Fund | | None | | | Sold | 04/08/16 | J | | |
| 81. -Blackrock Interntl Index Fd Cl A | A | Dividend | | | Buy | 03/17/16 | J | | |
| 82. | | | | | Sold | 11/04/16 | J | | |
| 83. -Columbia Lmtd Duration Credit Cl A | | None | J | T | Buy | 12/19/16 | J | | |
| 84. -Dow Jones Wilshire 5000 Index Port Invt | A | Dividend | | | Buy | 03/17/16 | J | | |
| 85. | | | | | Sold | 11/04/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Icon Bond Fund Cl S | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 87.  -Icon Equity Income Fund Class S | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 88.  -Icon Utilities Fund Class S | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 89.  -Locorr Long Short Equity Fund Cl A | | None | J | T | Buy | 12/15/16 | J | | |
| 90.  -Loomis Sayles Bond Retail Shares | A | Dividend | J | T | Buy | 12/15/16 | J | | |
| 91.  -Navigator Tactical Fixed Income Cl A | A | Dividend | J | T | Buy | 12/15/16 | J | | |
| 92.  -Thompson Bond Fund | A | Dividend | J | T | Buy | 12/19/16 | J | | |
| 93.  -Vanguard Intl Equity Index Fund Inc FTSE Emerging Markets ETF (X) (f- | A | Dividend | J | T | | | | | |
| 94.  -ormerly VANGUARD INTL EQUITY INDEX FDS FTSE ALL WORLD) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Henderson, Thelton E. | 10/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Thelton E. | 10/19/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thelton E. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544